UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE H. ROSS,

        Plaintiff,

vs.                                                Case No. 8:04-CV-2374-T-27MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 20) recommending that the decision of the Defendant Commissioner be **REMANDED** for further proceedings. Neither party filed written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is **REMANDED** for further proceedings consistent with the Magistrate's Report and Recommendation (Dkt. 20).

3)     The clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Halala*, 8 F.3d 775 (11th Cir. 1993).

4)     All pending motions are **DENIED** as moot.

5)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 27th day of February, 2006.

                                            */s/ Whittemore*
                                        **JAMES D. WHITTEMORE**
                                        **United States District Judge**

Copies to:
Plaintiff
Counsel of Record